In the Matter of the Claim of FRED PELOSO, Respondent, against D'ALESSIO BROTHERS et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.

Argued June 10, 1948; decided July 16, 1948.

*Charles P. Barre* for appellants.

*Nathaniel L. Goldstein, Attorney-General (Roy Wiedersum* and *Gilbert M. Landy* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, DESMOND, THACHER, DYE and FULD, JJ. Taking no part: CONWAY, J.